# In the United States Court of Federal Claims

No. 14-355C
(Bid Protest)
(Filed: August 15, 2014)

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
CGI FEDERAL INC.,                                *
                                                 *
              Plaintiff,                         *
                                                 *
       v.                                        *
                                                 *
THE UNITED STATES,                               *
                                                 *
              Defendant.                         *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

---

## NOTICE TO PARTIES

---

On August 15, 2014, the Court entered an opinion and order under seal. The Court denied the Government's motion to dismiss for lack of standing, denied Plaintiff's motion for judgment on the administrative record and for injunctive relief, and granted the Government's motion for judgment on the administrative record.


　s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**